# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MILLICENT K. LEOW,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

Case No. C18-126 JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion for an extension of time (Dkt. No. 11). The motion is GRANTED. Plaintiff shall have up to and including June 21, 2018 to file Plaintiff's opening brief. Defendant shall have up to and including July 23, 2018, to file Defendant's responsive brief. Plaintiff shall have up to and including August 6, 2018, to file Plaintiff's reply brief.

DATED this 1st day of May, 2018.

                        WILLIAM M. MCCOOL
                        Clerk

                        s/TOMAS HERNANDEZ
                        Deputy Clerk

MINUTE ORDER - 1