UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILLICENT K. LEOW,<br><br>      Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>      Defendant. | Case No. C18-126 JCC<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

  Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Commissioner shall reconsider the residual functional capacity finding, the vocational expert's testimony, and the step-five finding.  If necessary, the Commissioner should re-evaluate the claimant's impairments, the medical evidence, the claimant's statements, the lay witness statements, the claimant's RFC, and the claimant's ability to perform work at steps four and five.  The Court, by entering this order, does not affirm any specific aspect of the Commissioner's final decision.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

DATED this 23rd day of August, 2018.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE