UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILLICENT K. LEOW,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CASE NO. C18-0126-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 23). Defendant does not oppose the motion. (Dkt. No. 24.) Having thoroughly considered the parties' motions and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $6,284.41, subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Lisa M. Saar, based on Plaintiff's assignment of this amount to Plaintiff's attorney. (Dkt. No. 23-2.) The check shall be mailed to Plaintiff's attorney's office: Lisa M. Saar, 805 Dupont Street, Suite 6, Bellingham, Washington 98225.

1     DATED this 26th day of October 2018.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0126-JCC
PAGE - 2